The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$220,000 IN UNITED STATES FUNDS SEIZED FROM JPMORGAN CHASE ACCOUNT -8290, AND ANY ACCRUED INTEREST, et al.,<br><br>Defendants.<br><br>v.<br><br>MATTHEW KLEINSMITH, MGK VENTURES, LLC, and MRK VENTURES, LLC,<br><br>Claimants. | NO. 2:24-cv-01068-RAJ<br><br>**ORDER LIFTING STAY** |

THIS MATTER comes before the Court as an Unopposed Motion to Lift Stay by Plaintiff United States of America, by and through counsel Teal Luthy Miller, Acting United States Attorney, and Jehiel I. Baer, Assistant United States Attorney.

ORDER LIFTING STAY - 1
*United States v. $220,000 in United States Funds, et al.,*
2:24-cv-01068-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On October 1, 2024, the Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. §§ 981(g)(1). Dkt. No. 15.

The United States now requests, and third-party claimants Matthew Kleinsmith, MGK Ventures, LLC, and MRK Ventures, LLC (collectively, "Claimants") do not oppose, lifting the stay. The Court having considered the United States' request and being fully advised in this matter, finds that it is appropriate to lift the stay. Therefore, it is hereby

ORDERED that the United States' Unopposed Motion to Lift Stay of this civil forfeiture proceeding is GRANTED and the STAY is LIFTED.

IT IS SO ORDERED.

DATED this 29th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER LIFTING STAY - 2
*United States v. $220,000 in United States Funds, et al.,*
2:24-cv-01068-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970