HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

$220,000 IN UNITED STATES FUNDS SEIZED FROM JPMORGAN CHASE ACCOUNT -8290, AND ANY ACCRUED INTEREST, *et al.*,

    Defendants.

Case No. 2:24-cv-01068-RAJ

**DEFAULT JUDGMENT OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Default Judgment of Forfeiture (the "Motion," Dkt. # 25), of the following property (collectively, the "Defendant Funds"): $220,000 in United States funds seized from JPMorgan Chase & Co. account ending in -8290, and any accrued interest, and $120,218.26 in United States funds seized from Capital One Financial Corp account ending in -5262, and any accrued interest.

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, hereby **FINDS** that entry of a Default Judgment of Forfeiture is appropriate for the following reasons:

ORDER – 1

1. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), *see* Dkt. ## 2, 11, 23;

2. The only persons to file claims to the Defendant Funds subsequently withdrew those claims, and their respective answers, with prejudice, *see* Dkt. ## 20, 21;

3. No other person has filed a claim to the Defendant Funds within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case;

4. On September 8, 2025, the Clerk of Court entered default against all potential claimants, Dkt. # 24; and

5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of entry of default judgment.

**NOW, THEREFORE, THE COURT ENTERS** a Default Judgment of Forfeiture, as follows:

1. The above-captioned Defendant Funds are fully and finally condemned and forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) as property that constitutes and/or derives from proceeds traceable to one or more violations of 18 U.S.C. §§ 1343 and/or 1349; and/or was involved in, or is traceable to property involved in, one or more transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and/or 1957.

2. Hereinafter, no right, title, or interest in the Defendant Funds shall exist in any party, other than in the United States; and

///
///
///
///
///

ORDER – 2

3. The United States Secret Service, and/or its agents and representatives, shall dispose of the Defendant Funds as permitted by governing law.

DATED this 5th day of December, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 3